IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON JOHNSON,   No. C-10-02505 EDL

    Plaintiff,   **ORDER**

v.

BRITISH PETROLEUM OF AMERICA,

    Defendant.
_____/

On August 24, 2010, Plaintiff filed a Stipulation and Proposed Order Selecting ADR Process. Plaintiff's filing is not legible because half of the form is obscured. The Court also notes that it appears from the docket that Defendant has not yet been served. The Stipulation should be signed by both parties if they agree on an ADR process. If they cannot agree on an ADR Process or they request an early settlement conference with a magistrate judge, the parties should filed a Notice of Need for ADR Conference. Accordingly, the parties shall file a Stipulation and Proposed Order Selecting ADR Process or Notice of Need for ADR Conference within sixty days after Defendant is served with the summons and complaint.

**IT IS SO ORDERED.**

Dated: August 30, 2010

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge