IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON JOHNSON,

    Plaintiff,

  v.

BRITISH PETROLEUM OF AMERICA,

    Defendant.
                                      /

No. C-10-02505 EDL

**ORDER RE: PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**

    On September 2, 2010, Plaintiff filed an Application for Default Judgment against British Petroleum of America. To date, there has been no entry of default against Defendant British Petroleum of America, which is a necessary prerequisite to entry of default judgment under Federal Rule of Civil Procedure 55. Accordingly, Plaintiff's Application for Default Judgment is denied without prejudice. If Plaintiff believes that Defendant is in default, Plaintiff should first seek entry of default pursuant to Federal Rule of Civil Procedure 55(a). If default is entered, then Plaintiff may seek a default judgment under Federal Rule of Civil Procedure 55(b).

    The Court urges Plaintiff to visit the Legal Help Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102, where help is provided by appointment only. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657. The Court also urges Plaintiff to obtain the Pro Se Handbook, which is available from the clerk's office on the 16th floor at the federal building at 450 Golden

1  Gate Avenue, or on the Court's website (www.cand.uscourts.gov), if he has not done so already.

2  **IT IS SO ORDERED.**

3  Dated: September 21, 2010

4  *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge