IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITISH PETROLEUM OF AMERICA,<br><br>    Defendant.<br>_____ / | No. C-10-02505 EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF OF ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)(3)** |

On March 30, 2011, Plaintiff filed a Motion for Relief of Order under Federal Rule of Civil Procedure 60(b)(3), asking the Court to vacate its March 14, 2011 Order Denying Plaintiff's Motion to Have the Court Order the Clerk to Enter Default. Rule 60(b)(3) provides relief only from final judgments or orders. See Fed. R. Civ. Proc. 60(b); Casey v. Albertson's, Inc., 362 F.3d 1254, 1259-60 (9th Cir. 2004). The Court's March 14, 2011 Order was not a final judgment or order. Therefore, Rule 60(b)(3) does not apply and Plaintiff's Motion for Relief is denied.

If he has not done so already, Plaintiff should visit the Legal Help Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102, where help is provided by appointment only. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657. The Court also urges Plaintiff to obtain the Pro Se Handbook, which is available from the clerk's office on the 16th floor at the federal building at 450 Golden Gate

Avenue, or on the Court's website (www.cand.uscourts.gov), if he has not done so already.

**IT IS SO ORDERED.**

Dated: April 8, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge